IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DERON M. BROWN,

      Appellant,

v.

                                 Case No.  5D23-191
                                 LT Case No. 16-2016-CF-001385

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 30, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Adrian G. Soud, Judge.

Deron M. Brown, South Bay, pro se.

Ashley Moody, Attorney General, and
Damaris E. Reynolds, of Office of
the Attorney General, Tallahassee,
for Appellee.


PER CURIAM.

      AFFIRMED.


WALLIS, BOATWRIGHT and MACIVER, JJ., concur.